```
                    UNITED STATES DISTRICT COURT
                       DISTRICT NEW JERSEY
```

|  |  |
|---|---|
| CAROLYN KAISER | : |
|  | : Civil Action No. 09-4471(RMB/AMD) |
| Plaintiff(s) | : |
| vs. | : **NOTICE OF CALL FOR DISMISSAL** |
|  | **PURSUANT TO LOCAL RULE** |
|  | : **41.1(a)/4(m)** |
| STELLAR RECOVERY, INC. | : |
| Defendant(s) | : |
|  | : |

PLEASE TAKE NOTICE, that the above-captioned action, having been pending for more than 120 days without any proceeding having been taken therein, will be called at the Mitchell H. Cohen Courthouse, One John F. Gerry Plaza, Camden, New Jersey before the Hon. Renée Marie Bumb, U.S.D.J., Courtroom 3D, on **Monday, April 19, 2010 at 9:30 a.m.** or as soon thereafter as the same may be reached, and unless sufficient cause to the contrary is shown by affidavit as described below, the case will be dismissed for lack of prosecution in accordance with Local Rule 41.1(a) of the Local Rules of this Court.

**NO APPEARANCE IS REQUIRED.** Litigants may show good cause by affidavit setting forth what good faith efforts to prosecute this action have been made and what further efforts are intended.

```
                                  WILLIAM T. WALSH, CLERK

                              By:
                                  s/ Arthur Roney
                                  Deputy Clerk
```

DATED: April 5, 2010