UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| CAROLYN KAISER | : |
| Plaintiff(s) | : |
| vs. | : Civil No. 09-4471(RMB/AMD) |
| | : |
| | : **ORDER OF DISMISSAL** |
| STELLAR RECOVERY, INC. | : |
| Defendant(s) | : |
| | : |

It appearing to the Court that the above case has been pending for more than 120 days without any proceeding having been taken therein, and no objection having been entered at a call of the calendar,

**IT IS on this 20th day of April, 2010**

**ORDERED** that the above case be and the same hereby is dismissed in accordance with General Rule 41.1(a) and/or Rule 4(m), F.R.C.P., without prejudice and without cost to either party.

s/ RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE

cc:   Hon. Renée Marie Bumb
      Hon. Ann Marie Donio